# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:19–cv–04248–MMC

Sugarman et al v. Muddy Waters Capital LLC et al
Assigned to: Judge Maxine M. Chesney
Demand: $65,000,000
 Relate Case Case:   3:19–cv–07915–MMC
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 07/24/2019
Date Terminated: 02/16/2021
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Steven A. Sugarman**                     represented by   **Christian Vincent Cangiano**
Anderson Kill P.C.
1251 Avenue of The Americas
New York, NY 10020
212–278–1000
Email: ccangiano@andersonkill.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Evan Deutsch**
Anderson Kill P.C.
1251 Avenue of The Americas
New York, NY 10020
212–278–1000
Email: jdeutsch@andersonkill.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bridget Byrnes Hirsch**
Anderson Kill P.C.
Wells Fargo Plaza
355 South Grand Avenue
Suite 2450
Los Angeles, CA 90071
(213) 943–1444
Email: bhirsch@andersonkill.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cor Capital, LLC**                     represented by   **Christian Vincent Cangiano**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Evan Deutsch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bridget Byrnes Hirsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Cor Advisors, LLC**                    represented by   **Christian Vincent Cangiano**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Evan Deutsch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bridget Byrnes Hirsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**Muddy Waters Capital LLC**             represented by   **Ambika Kumar Doran**
Davis Wright Tremaine LLP
900 Fifth Avenue, Suite 3300
Seattle, WA 98104–1610
206–622–3150
Fax: 206–757–7700
Email: ambikadoran@dwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Edward Johnson**
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104–1610
206–757–8069
Fax: 206–757–7069
Email: brucejohnson@dwt.com
*ATTORNEY TO BE NOTICED*

**David F. Standa**
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
312–443–1748
Fax: 312–896–6749
Email: dstanda@lockelord.com
*ATTORNEY TO BE NOTICED*

**Frederick B. Burnside**
Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104–1610
206–757–8016
Fax: 206–757–7016
Email: fredburnside@dwt.com
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
Davis Wright Tremaine LLP
900 Fifth Avenue, Suite 3300
Seattle, WA 98104
206–622–3150
Fax: 206–757–7700
Email: maryannalmeida@dwt.com
*ATTORNEY TO BE NOTICED*

**Sanjay Mohan Nangia**
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
415–276–6577
Fax: (415) 276–6599
Email: sanjaynangia@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Galanis**

**Defendant**

**Castalian Partners, LLC**                          represented by   **Daniel Anthony Solitro**
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
213–485–1500
Fax: 213–485–1200
Email: dsolitro@lockelord.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carson Block**                                     represented by   **Ambika Kumar Doran**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frederick B. Burnside**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjay Mohan Nangia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**James Gibson**                          represented by  **Daniel Anthony Solitro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**David Q. Matthews**                     represented by  **Bradley Edward Estes**
Lewis & Llewellyn LLP
601 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 800–0590
Email: bestes@lewisllewellyn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
Lewis & Llewellyn LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
415–762–0908

Email: eburbidge@lewisllewellyn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
Lewis & Llewellyn
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
415–800–0590
Fax: 415–390–2127
Email: mlewis@lewisllewellyn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Robert Matthews**                    represented by   **Bradley Edward Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis F. Moriarty**
Cesari, Werner and Moriarty
P.O. Box 27307
San Francisco, CA 94127
United Sta
650–991–5126
Fax: 650–991–5134
Email: dmoriarty@cwmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kalyn Matthews Denno**                    represented by   **Bradley Edward Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adam J. Denno**                    represented by   **Bradley Edward Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keith Allen Dilling**                    represented by

**Bradley Edward Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosemary Norris Hall**                      represented by   **Bradley Edward Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ryan Kealy**                                represented by   **Theodore R. Snyder**
*TERMINATED: 12/23/2019*                                      Murphy and McGonigle, P.C.
1185 Avenue of the Americas, FL 21
New York, NY 10036
212–880–3976

Email: Theodore.Snyder@mmlawus.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward Scott Zusman**
Markun Zusman Freniere & Compton LLP
465 California Street, Suite 401
San Francisco, CA 94104
415–438–4449
Fax: 415–434–4505
Email: ezusman@mzclaw.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Maldonado Del Cid**
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
212–880–3982
Fax: 212–880–3998
Email: edelcid@mmlawus.com
*ATTORNEY TO BE NOTICED*

**Heather B. Middleton**
Murphy McGonigle, P.C.
1185 Avenue of the Americas
Fl 21
New York, NY 10036
212–880–3980
Email: hmiddleton@mmlawus.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin K. Eng**
Markun Zusman Freniere & Compton LLP
**Co–Lead Counsel**
465 California Street, Suite 401
San Francisco, CA 94104
415 438–4515
Fax: 415 434–4505
Email: keng@mzclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Nikolai Bjorkedal** | represented by | **Meghan Marie Baker** |
| *TERMINATED: 12/23/2019* | | Downey Brand LLP |
| | | 621 Capitol Mall, 18th Floor |
| | | Sacramento, CA 95814 |
| | | 916–444–1000 |
| | | Fax: 916–444–2100 |
| | | Email: mbaker@downeybrand.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Christopher Miles Kolkey**
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916–520–5320
Fax: 916–444–2100
Email: ckolkey@downeybrand.com
*ATTORNEY TO BE NOTICED*

**Eric Paul Heichel**
Eiseman Levine Lehrhaupt and Kakoyiannis,
P.C.
805 Third Avenue
New York, NY 10022
212–752–1000
Email: eheichel@eisemanlevine.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Castalian Partners Value Fund, LP**                    represented by **Daniel Anthony Solitro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**QKM, LLC**                    represented by **Bradley Edward Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evangeline Zimmerman Burbidge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muddy Waters Research LLC**                    represented by   **Ambika Kumar Doran**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frederick B. Burnside**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjay Mohan Nangia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MLAF LP**                    represented by   **Ambika Kumar Doran**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frederick B. Burnside**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjay Mohan Nangia**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MWCP LLC**                                  represented by  **Ambika Kumar Doran**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David F. Standa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frederick B. Burnside**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryAnn T. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjay Mohan Nangia**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2019 | Ï 1 | COMPLAINT (No Process) (with jury demand) against Nikolai Bjorkedal, Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, Jason Galanis, James Gibson, Rosemary Norris Hall, Ryan Kealy, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC (Filing fee $400, receipt number 0971−13548225). Filed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. (Attachments: # 1 Civil Cover Sheet)(Hirsch, Bridget) (Filed on 7/24/2019) Modified on 7/25/2019 (cjlS, COURT STAFF). (Entered: 07/24/2019) |
| 07/24/2019 | Ï 2 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 3 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 4 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 5 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 6 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 7 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 8 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 9 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |

| 07/24/2019 | Ï 10 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
|---|---|---|
| 07/24/2019 | Ï 11 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 12 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 13 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 14 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 15 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 16 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 17 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 18 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 19 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/24/2019 | Ï 20 | Case assigned to Magistrate Judge Donna M. Ryu. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/7/2019. (srnS, COURT STAFF) (Filed on 7/24/2019) (Entered: 07/24/2019) |
| 07/25/2019 | Ï 21 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/23/2019. Initial Case Management Conference set for 10/30/2019 01:30 PM in Oakland, Courtroom 4, 3rd Floor. (cjlS, COURT STAFF) (Filed on 7/25/2019) (Entered: 07/25/2019)** |
| 07/25/2019 | Ï | Electronic filing error. Only ONE summons will be issued. Please list all defendants on ONE summons and re−file in its entirety Re: 2 − 19 Proposed Summons filed by Steven A. Suga rman. [err201]. This filing will not be processed by the clerks office. (cjlS, COURT STAFF) (Filed on 7/25/2019) (Entered: 07/25/2019) |
| 07/25/2019 | Ï 22 | Proposed Summons. (Hirsch, Bridget) (Filed on 7/25/2019) (Entered: 07/25/2019) |
| 07/26/2019 | Ï 23 | Summons Issued as to Nikolai Bjorkedal, Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, Jason Galanis, James Gibson, Rosemary Norris Hall, Ryan Kealy, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. (cjlS, COURT STAFF) (Filed on 7/26/2019) (Entered: 07/26/2019) |
| 07/30/2019 | Ï 24 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman.. (Hirsch, Bridget) (Filed on 7/30/2019) (Entered: 07/30/2019) |
| 07/31/2019 | Ï 25 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the |

essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.

*This is a text only docket entry; there is no document associated with this notice.* (ig, COURT STAFF) (Filed on 7/31/2019) (Entered: 07/31/2019)

| 08/01/2019 | Ï 26 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Maxine M. Chesney for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by the Clerk on 08/01/2019. (Attachments: # 1 Notice of Eligibility for Video Recording)(ajsS, COURT STAFF) (Filed on 8/1/2019) (Entered: 08/01/2019)** |
|---|---|---|
| 08/01/2019 | Ï 27 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–13572997.) filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 8/1/2019) (Entered: 08/01/2019) |
| 08/02/2019 | Ï 28 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–13576126.) filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Cangiano, Christian) (Filed on 8/2/2019) (Entered: 08/02/2019) |
| 08/06/2019 | Ï 29 | **CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 11/1/2019 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor. Joint Case Management Statement due by 10/25/2019.. Signed by Judge Maxine M. Chesney on 8/6/2019. (Attachments: # 1 Standing Order for Judge Maxine M. Chesney, # 2 Standing Order for All Judges)(tlS, COURT STAFF) (Filed on 8/6/2019) (Entered: 08/06/2019)** |
| 08/08/2019 | Ï 30 | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT.** Signed by Judge Maxine M. Chesney on August 8, 2019. (mmclc1, COURT STAFF) (Filed on 8/8/2019) (Entered: 08/08/2019) |
| 08/09/2019 | Ï 31 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of Jeremey E. Deutsch is granted. Signed by Judge Maxine M. Chesney on August 9, 2019.(mmclc1, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/09/2019) |
| 08/09/2019 | Ï 32 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of Christian Cangiano is granted. Signed by Judge Maxine M. Chesney on August 9, 2019. (mmclc1, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/09/2019) |
| 09/04/2019 | Ï 33 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Keith Allen Dilling served on 8/12/2019, answer due 9/3/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 34 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Ryan Kealy served on 8/9/2019, answer due 8/30/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 35 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Castalian Partners, LLC served on 8/9/2019, answer due 8/30/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |

| 09/04/2019 | 36 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Castalian Partners Value Fund, LP served on 8/9/2019, answer due 8/30/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
|---|---|---|
| 09/04/2019 | 37 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. James Gibson served on 8/9/2019, answer due 8/30/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 38 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Gary Robert Matthews served on 8/13/2019, answer due 9/3/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 39 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. MWCP LLC served on 8/23/2019, answer due 9/13/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 40 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Carson Block served on 8/21/2019, answer due 9/11/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 41 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. MLAF LP served on 8/21/2019, answer due 9/11/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 42 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Muddy Waters Research LLC served on 8/21/2019, answer due 9/11/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 43 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Muddy Waters Capital LLC served on 8/21/2019, answer due 9/11/2019. (Cangiano, Christian) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 44 | STIPULATION WITH PROPOSED ORDER *EXTENDING TIME FOR MUDDY WATERS DEFENDANTS, THE CASTALIAN PARTNERS DEFENDANTS, GARY R. MATHEWS AND KEITH DILLING TO RESPOND TO COMPLAINT* filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Burnside, Frederick) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 45 | NOTICE of Appearance by Kevin K. Eng *on behalf of Elizabeth Del Cid* (Eng, Kevin) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 46 | NOTICE of Appearance by Kevin K. Eng *on behalf of Edward Zusman, Kevin Eng* (Eng, Kevin) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 47 | MOTION for leave to appear in Pro Hac Vice *filed by Theodore Snyder representing Defendant Ryan Kealy* ( Filing fee $ 310, receipt number 0971−13674349.) filed by Ryan Kealy. (Snyder, Theodore) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 48 | MOTION for leave to appear in Pro Hac Vice *filed by Heather Middleton representing Ryan Kealy* ( Filing fee $ 310, receipt number 0971−13674504.) filed by Ryan Kealy. (Middleton, Heather) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/04/2019 | 49 | NOTICE of Appearance by Daniel Anthony Solitro (Solitro, Daniel) (Filed on 9/4/2019) (Entered: 09/04/2019) |
| 09/05/2019 | 50 | Application for Refund, Receipt Number 26JVM0GR by Ryan Kealy. (Snyder, Theodore) (Filed on 9/5/2019) (Entered: 09/05/2019) |

| | | |
|---|---|---|
| 09/05/2019 | Ï 51 | STIPULATION *of Time Extension For Defendant Ryan Kealy to Respond to Complaint* filed by Ryan Kealy. (Snyder, Theodore) (Filed on 9/5/2019) (Entered: 09/05/2019) |
| 09/05/2019 | Ï 52 | **ORDER EXTENDING TIME FOR THE MUDDY WATERS DEFENDANTS, THE CASTALIAN PARTNERS DEFENDANTS, GARY R. MATHEWS AND KEITH A. DILLING TO RESPOND TO THE COMPLAINT.** The Muddy Waters, Mathews, Dilling, and Castlian Partners Defendants shall have until October 7, 2019, to respond to Plaintiff's Complaint. Signed by Judge Maxine M. Chesney on September 5, 2019. (mmclc1, COURT STAFF) (Filed on 9/5/2019) (Entered: 09/05/2019) |
| 09/06/2019 | Ï 53 | Refund Status re 50 Application for Refund DECLINED. (rghS, COURT STAFF) (Filed on 9/6/2019) (Entered: 09/06/2019) |
| 09/06/2019 | Ï 54 | Application for Refund, Receipt Number 26JVM0GR *corrected* by Ryan Kealy. (Snyder, Theodore) (Filed on 9/6/2019) (Entered: 09/06/2019) |
| 09/09/2019 | Ï 55 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of Theodore Snyder is granted. Signed by Judge Maxine M. Chesney on September 9, 2019. (mmclc1, COURT STAFF) (Filed on 9/9/2019) (Entered: 09/09/2019) |
| 09/09/2019 | Ï 56 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of Heather Middleton is granted. Signed by Judge Maxine M. Chesney on September 9, 2019.(mmclc1, COURT STAFF) (Filed on 9/9/2019) (Entered: 09/09/2019) |
| 09/12/2019 | Ï 57 | Refund Status re 54 Application for Refund APPROVED. (rghS, COURT STAFF) (Filed on 9/12/2019) (Entered: 09/12/2019) |
| 09/13/2019 | Ï 58 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−13704143.) filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Doran, Ambika) (Filed on 9/13/2019) (Entered: 09/13/2019) |
| 09/16/2019 | Ï 59 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of Ambika K. Doran is granted. Signed by Judge Maxine M. Chesney on September 16, 2019.(mmclc1, COURT STAFF) (Filed on 9/16/2019) (Entered: 09/16/2019) |
| 09/20/2019 | Ï 60 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Nikolai Bjorkedal served on 8/31/2019, answer due 9/23/2019. (Cangiano, Christian) (Filed on 9/20/2019) (Entered: 09/20/2019) |
| 09/23/2019 | Ï 61 | MOTION for leave to appear in Pro Hac Vice *of MaryAnn T. Almeida* ( Filing fee $ 310, receipt number 0971−13727216.) filed by Carson Block, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Almeida, MaryAnn) (Filed on 9/23/2019) (Entered: 09/23/2019) |
| 09/24/2019 | Ï 62 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of MaryAnn Almeida is granted. Signed by Judge Maxine M. Chesney on September 24, 2019. (mmclc1, COURT STAFF) (Filed on 9/24/2019) (Entered: 09/24/2019) |
| 09/25/2019 | Ï 63 | STIPULATION *to Extend Time for Defendant to Respond to Plaintiffs' Complaint* filed by Nikolai Bjorkedal. (Baker, Meghan) (Filed on 9/25/2019) (Entered: 09/25/2019) |
| 09/27/2019 | Ï 64 | AFFIDAVIT of Service for Summons and Complaint served on Evangeline A.Z. Burbidge, Esq., with the firm of Lewis & Llewellyn LLP on 09/26/2019, filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Cangiano, Christian) (Filed on 9/27/2019) (Entered: 09/27/2019) |
| 10/07/2019 | Ï 65 | STIPULATION WITH PROPOSED ORDER *FOR NIKOLAI BJORKEDAL, RYAN KEALY, THE MUDDY WATERS, CASTALIAN, QKM, AND QKM CLIENT DEFENDANTS TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE ON RESPONSIVE MOTIONS* filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research |

| | | LLC. (Doran, Ambika) (Filed on 10/7/2019) (Entered: 10/07/2019) |
|---|---|---|
| 10/10/2019 | Ï 66 | **ORDER EXTENDING TIME FOR NIKOLAI BJORKEDAL, RYAN KEALY, THE MUDDY WATERS, CASTALIAN, QKM, AND QKM CLIENT DEFENDANTS TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE ON RESPONSIVE MOTIONS.** The deadline for defendants to file motions or answers is November 7, 2019. Plaintiffs' opposition to any motion shall be filed no later than December 19, 2019, and defendants' replies shall be filed no later than January 12, 2020. Signed by Judge Maxine M. Chesney on October 10, 2019.(mmclc1, COURT STAFF) (Filed on 10/10/2019) (Entered: 10/10/2019) |
| 10/11/2019 | Ï 67 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–13785452.) filed by Nikolai Bjorkedal. (Heichel, Eric) (Filed on 10/11/2019) (Entered: 10/11/2019) |
| 10/11/2019 | Ï 68 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of Eric P. Heichel is granted. Signed by Judge Maxine M. Chesney on October 11, 2019. (mmclc1, COURT STAFF) (Filed on 10/11/2019) (Entered: 10/11/2019) |
| 10/14/2019 | Ï 69 | ***FILED IN ERROR. PLEASE SEE DOCKET # 70 *** <br><br> STIPULATION WITH PROPOSED ORDER re 21 Initial Case Management Scheduling Order with ADR Deadlines, filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Doran, Ambika) (Filed on 10/14/2019) Modified on 10/15/2019 (tlS, COURT STAFF). (Entered: 10/14/2019) |
| 10/15/2019 | Ï 70 | STIPULATION WITH PROPOSED ORDER re 21 Initial Case Management Scheduling Order with ADR Deadlines, filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Doran, Ambika) (Filed on 10/15/2019) (Entered: 10/15/2019) |
| 10/16/2019 | Ï 71 | **ORDER EXTENDING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.** The deadline to file ADR certification is extended to February 7, 2020. The Initial Case Management is continued to February 27, 2020, at 10:30 a.m.; a Joint Case Management Statement shall be filed no later than February 20, 2020. Signed by Judge Maxine M. Chesney on October 16, 2019. (mmclc1, COURT STAFF) (Filed on 10/16/2019) (Entered: 10/16/2019) |
| 10/16/2019 | Ï | ***Deadlines terminated. Set/Reset Hearing, Set/Reset Deadlines re 71 Order on Stipulation : Initial Case Management Conference set for 2/28/2020 10:30 AM. Case Management Statement due by 2/21/2020. (mclS, COURT STAFF) (Entered: 10/17/2019) |
| 10/23/2019 | Ï 72 | SUMMONS Returned Executed by Cor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. Jason Galanis served on 10/18/2019, answer due 11/8/2019. (Cangiano, Christian) (Filed on 10/23/2019) (Entered: 10/23/2019) |
| 11/07/2019 | Ï 73 | MOTION to Dismiss *FRCP 12(b)(6), FRCP 9(b) and FRCP 12(b)(2)* filed by Ryan Kealy. Motion Hearing set for 1/31/2020 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 12/19/2019. Replies due by 1/12/2020. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Snyder, Theodore) (Filed on 11/7/2019) (Entered: 11/07/2019) |
| 11/07/2019 | Ï 74 | MOTION to Dismiss for Lack of Jurisdiction filed by Nikolai Bjorkedal. Motion Hearing set for 1/31/2020 10:30 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 1/17/2020. Replies due by 1/24/2020. (Attachments: # 1 Memorandum of Points & Authorities in Support, # 2 Certificate of Interested Entities and Parties, # 3 Proposed Order)(Baker, Meghan) (Filed on 11/7/2019) (Entered: 11/07/2019) |

| 11/07/2019 | Ï 75 | MOTION to Transfer Case filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. Motion Hearing set for 1/31/2020 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 12/19/2019. Replies due by 1/12/20. (Attachments: # 1 Proposed Order)(Doran, Ambika) (Filed on 11/7/2019) Modified on 11/8/2019 (mclS, COURT STAFF). (Entered: 11/07/2019) |
| 11/07/2019 | Ï 76 | MOTION to Strike *and Dismiss* filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. Motion Hearing set for 1/31/2020 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 12/19/19. Replies due by 1/12/20. (Attachments: # 1 Declaration of Ambika K. Doran, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Proposed Order)(Doran, Ambika) (Filed on 11/7/2019) Modified on 11/8/2019 (mclS, COURT STAFF). (Entered: 11/07/2019) |
| 11/08/2019 | Ï | Electronic filing error. Re:[74−2] Certificate of Interested Entities and Parties filed by Nikolai Bjorkedal. Please re−file [74−2] as a separate entry on the docket. (mclS, COU RT STAFF) (Entered: 11/08/2019) |
| 11/08/2019 | Ï 77 | CLERK'S NOTICE CORRECTING MOTION HEARING TIME TO 9:00 AM − The following motion was incorrectly noticed for hearing at 10:30 AM − as to 74 MOTION to Dismiss for Lack of Jurisdiction . Motion Hearing reset to 1/31/2020 at 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney.. *(This is a text−only entry generated by the court. There is no document associated with this entry.)*, (tlS, COURT STAFF) (Filed on 11/8/2019) (Entered: 11/08/2019) |
| 11/08/2019 | Ï 78 | Certificate of Interested Entities by Adam J. Denno, Keith Allen Dilling, Rosemary Norris Hall, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, QKM, LLC (Burbidge, Evangeline) (Filed on 11/8/2019) (Entered: 11/08/2019) |
| 11/08/2019 | Ï | Set/Reset Deadlines as to 76 MOTION to Strike *and Dismiss*, 75 MOTION to Transfer Case . Responses due by 12/19/2019. Replies due by 1/12/2020. See 66 order. (mclS, COURT STAFF) (Entered: 11/08/2019) |
| 11/11/2019 | Ï 79 | Certificate of Interested Entities by Nikolai Bjorkedal (Baker, Meghan) (Filed on 11/11/2019) (Entered: 11/11/2019) |
| 12/04/2019 | Ï 80 | Certificate of Interested Entities by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC (Doran, Ambika) (Filed on 12/4/2019) (Entered: 12/04/2019) |
| 12/12/2019 | Ï 81 | STIPULATION WITH PROPOSED ORDER re 66 Order on Stipulation,, *Extending Briefing Schedule on Responsive Motions* filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC. (Almeida, MaryAnn) (Filed on 12/12/2019) (Entered: 12/12/2019) |
| 12/17/2019 | Ï 82 | **ORDER EXTENDING BRIEFING SCHEDULE ON RESPONSIVE MOTIONS.** Plaintiffs' oppositions are due no later than December 23, 2019, and defendants' replies in support of motions are due no later than January 16, 2020. Signed by Judge Maxine M. Chesney on December 17, 2019. (mmclc1, COURT STAFF) (Filed on 12/17/2019) (Entered: 12/17/2019) |
| 12/20/2019 | Ï 83 | NOTICE of Change of Address by Evangeline Zimmerman Burbidge (Burbidge, Evangeline) (Filed on 12/20/2019) (Entered: 12/20/2019) |
| 12/23/2019 | Ï 84 | |

|  |  |  |
|---|---|---|
|  |  | OPPOSITION/RESPONSE (re 76 MOTION to Strike *and Dismiss*) *Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Strike and Dismiss* filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Cangiano, Christian) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 85 | Declaration of Steven A. Sugarman in Support of 84 Opposition/Response to Motion, filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Related document(s) 84 ) (Cangiano, Christian) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 86 | Declaration of Christian V. Cangiano in Support of 84 Opposition/Response to Motion, filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10)(Related document(s) 84 ) (Cangiano, Christian) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 87 | OPPOSITION/RESPONSE (re 75 MOTION to Transfer Case ) filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 88 | Declaration of Jeremy Deutsch in Support of 75 MOTION to Transfer Case , 87 Opposition/Response to Motion filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit 1)(Related document(s) 75 , 87 ) (Deutsch, Jeremy) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 89 | STIPULATION of Dismissal ; [PROPOSED] Order re 1 Complaint, filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 12/23/2019) Modified on 12/24/2019 (mclS, COURT STAFF). (Entered: 12/23/2019) |
| 12/23/2019 | Ï 90 | STIPULATION of Dismissal ; [PROPOSED] Order re 1 Complaint,, filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 12/23/2019) Modified on 12/24/2019 (mclS, COURT STAFF). (Entered: 12/23/2019) |
| 12/23/2019 | Ï 91 | **ORDER APPROVING DISMISSAL WITHOUT PREJUDICE.** This action is dismissed without prejudice with regards to defendant Bjorkedal. Signed by Judge Maxine M. Chesney on December 23, 2019. (mmclc1, COURT STAFF) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 92 | **ORDER APPROVING DISMISSAL WITHOUT PREJUDICE.** This action is dismissed without prejudice with regards to defendant Kealy. Signed by Judge Maxine M. Chesney on December 23, 2019. (mmclc1, COURT STAFF) (Filed on 12/23/2019) (Entered: 12/23/2019) |
| 01/10/2020 | Ï 93 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−14058239.) filed by Castalian Partners Value Fund, LP, Castalian Partners, LLC, James Gibson. (Standa, David) (Filed on 1/10/2020) (Entered: 01/10/2020) |
| 01/14/2020 | Ï 94 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.** The application of David F. Standa is granted. Signed by Judge Maxine M. Chesney on January 14, 2020. (mmclc1, COURT STAFF) (Filed on 1/14/2020) (Entered: 01/14/2020) |
| 01/16/2020 | Ï 95 | REPLY (re 75 MOTION to Transfer Case ) filed byCarson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. (Doran, Ambika) (Filed on 1/16/2020) (Entered: 01/16/2020) |
| 01/16/2020 | Ï 96 | REPLY (re 76 MOTION to Strike *and Dismiss* ) filed byCarson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn |

| | | |
|---|---|---|
| | | Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. (Doran, Ambika) (Filed on 1/16/2020) (Entered: 01/16/2020) |
| 01/16/2020 | Ï 97 | Declaration of David F. Standa in Support of 95 Reply to Opposition/Response, 96 Reply to Opposition/Response, filed byCarson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 95 , 96 ) (Doran, Ambika) (Filed on 1/16/2020) (Entered: 01/16/2020) |
| 01/21/2020 | Ï 98 | NOTICE of Appearance by Marc Robert Lewis *for Defendants David Q. Mathews, Gary R. Mathews, Kalyn M. Denno, Adam J. Denno, Keith Allen Dilling, Rosemary Norris Hall, and QKM, LLC* (Lewis, Marc) (Filed on 1/21/2020) (Entered: 01/21/2020) |
| 01/21/2020 | Ï 99 | NOTICE of Appearance by Bradley Edward Estes *for Defendants David Q. Mathews, Gary R. Mathews, Kalyn M. Denno, Adam J. Denno, Keith Allen Dilling, Rosemary Norris Hall, and QKM, LLC* (Estes, Bradley) (Filed on 1/21/2020) (Entered: 01/21/2020) |
| 01/24/2020 | Ï 100 | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE AND MOTION TO STRIKE/DISMISS.** Signed by Judge Maxine M. Chesney on January 24, 2020. (mmclc1, COURT STAFF) (Filed on 1/24/2020) (Entered: 01/24/2020) |
| 01/29/2020 | Ï 101 | NOTICE of Appearance by Dennis F. Moriarty (Moriarty, Dennis) (Filed on 1/29/2020) (Entered: 01/29/2020) |
| 02/03/2020 | Ï 102 | **ORDER DENYING DEFENDANTS' MOTION TO TRANSFER; GRANTING IN PART AND DENYING AS MOOT IN PART DEFENDANTS' MOTION TO STRIKE AND DISMISS; AFFORDING PLAINTIFFS LEAVE TO AMEND; CONTINUING CASE MANAGEMENT CONFERENCE.** Plaintiffs' federal claims are dismissed with leave to amend. Plaintiffs' state law claims are dismissed without prejudice. To the extent defendants move to strike plaintiffs' state law claims, the motion is denied as moot. If plaintiffs wish to file a First Amended Complaint, they shall do so no later than March 6, 2020. The Case Management Conference is continued from February 28, 2020, to May 22, 2020. A Joint Case Management Statement shall be filed no later than May 15, 2020. Signed by Judge Maxine M. Chesney on February 3, 2020. (mmclc1, COURT STAFF) (Filed on 2/3/2020) (Entered: 02/03/2020) |
| 02/04/2020 | Ï | Set/Reset Deadlines:, Set/Reset Hearing re 102 Order on Motion to Transfer Case,,,, Order on Motion to Strike,,, First Amended Complaint due by 3/6/2020. Joint Case Management Statement due by 5/15/2020. Initial Case Management Conference reset to 5/22/2020 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor. (tlS, COURT STAFF) (Filed on 2/4/2020) (Entered: 02/04/2020) |
| 03/02/2020 | Ï 103 | **ORDER OF SUA SPONTE REFERRAL AND VACATING CASE MANAGEMENT CONFERENCE. Signed by Judge Jeffrey S. White on 3/2/20. (jjoS, COURT STAFF) (Filed on 3/2/2020) (Entered: 03/02/2020)** |
| 03/06/2020 | Ï 104 | AMENDED COMPLAINT against Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, Jason Galanis, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. Filed byCor Capital, LLC, Steven A. Sugarman, Cor Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V)(Deutsch, Jeremy) (Filed on 3/6/2020) (Entered: 03/06/2020) |

| 03/09/2020 | 105 | **RELATED CASE ORDER.** Sugarman, et al. v. Muddy Waters Capital LLC, et al., Case No. 19–4248 MMC, is related to Castalian Partners, LLC, et al. v. Twin City Fire Insurance Co., Case No. 19–7915 JSW. The Clerk of Court is ordered to reassign the later–filed action to the undersigned. The parties are instructed that all future filings in the later–filed action are to bear the initials MMC after the case number. Signed by Judge Maxine M. Chesney on March 9, 2020. (mmclc1, COURT STAFF) (Filed on 3/9/2020) (Entered: 03/09/2020) |
|---|---|---|
| 03/13/2020 | 106 | STIPULATION WITH PROPOSED ORDER filed by Castalian Partners Value Fund, LP, Castalian Partners, LLC, James Gibson. (Standa, David) (Filed on 3/13/2020) (Entered: 03/13/2020) |
| 03/16/2020 | 107 | **ORDER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT.** The deadline for defendants to respond to the First Amended Complaint is extended to April 20, 2020. Signed by Judge Maxine M. Chesney on March 16, 2020. (mmclc1, COURT STAFF) (Filed on 3/16/2020) (Entered: 03/16/2020) |
| 04/16/2020 | 108 | STIPULATION WITH PROPOSED ORDER *EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT* filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. (Almeida, MaryAnn) (Filed on 4/16/2020) (Entered: 04/16/2020) |
| 04/17/2020 | 109 | **ORDER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT; ORDER CONTINUING CASE MANAGEMENT CONFERENCE.** The deadline to respond to the First Amended Complaint is extended to June 3, 2020. The Case Management Conference is continued from May 22, 2020, to August 28, 2020. A Joint Case Management Statement shall be filed no later than August 21, 2020. Signed by Judge Maxine M. Chesney on April 17, 2020 (mmclc1, COURT STAFF) (Filed on 4/17/2020) (Entered: 04/17/2020) |
| 04/17/2020 |  | Set/Reset Deadlines:, Set/Reset Hearing re 109 Order on Stipulation, Joint Case Management Statement due by 8/21/2020. Initial Case Management Conference reset to 8/28/2020 at 10:30 AM. (tlS, COURT STAFF) (Filed on 4/17/2020) (Entered: 04/17/2020) |
| 06/03/2020 | 110 | MOTION to Strike *and Dismiss* filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. Motion Hearing set for 7/17/2020 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 6/17/2020. Replies due by 6/24/2020. (Attachments: # 1 Declaration of Ambika K. Doran, # 2 Exhibit A, # 3 Proposed Order)(Doran, Ambika) (Filed on 6/3/2020) (Entered: 06/03/2020) |
| 06/12/2020 | 111 | STIPULATION WITH PROPOSED ORDER re 110 MOTION to Strike *and Dismiss* filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Hirsch, Bridget) (Filed on 6/12/2020) (Entered: 06/12/2020) |
| 06/12/2020 | 112 | **ORDER APPROVING STIPULATION TO EXTEND BRIEFING SCHEDULE, CONTINUE HEARING ON MOTION, AND TO CONTINUE CASE MANAGEMENT CONFERENCE.** The deadline to oppose the Motion, and any other motions made with relation to the adequacy of the First Amended Complaint, is August 17, 2020. The deadline to file a reply is extended to September 8, 2020. The hearing on the Motion, currently set for July 17, 2020, is continued to October 2, 2020. The Case Management Conference is continued to November 20, 2020, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 13, 2020. Signed by Judge Maxine M. Chesney on June 12, 2020 (mmclc1, COURT STAFF) (Filed on 6/12/2020) (Entered: 06/12/2020) |

| | | |
|---|---|---|
| 06/12/2020 | Ï | Set/Reset Deadlines as to 110 MOTION to Strike *and Dismiss*, 112 Order on Stipulation,,., Set/Reset Deadlines:, Set/Reset Hearing re 112 Order on Stipulation,, Opposition due by 8/17/2020. Reply due by 9/8/2020. Motion Hearing reset to 10/2/2020 at 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Joint Case Management Statement due by 11/13/2020. Initial Case Management Conference reset to 11/20/2020 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor. (tlS, COURT STAFF) (Filed on 6/12/2020) (Entered: 06/12/2020) |
| 06/17/2020 | Ï 113 | MOTION for Sanctions filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. Motion Hearing set for 10/2/2020 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 8/17/2020. Replies due by 9/8/2020. (Attachments: # 1 Declaration Thomas Mazzucco, # 2 Proposed Order)(Standa, David) (Filed on 6/17/2020) (Entered: 06/17/2020) |
| 08/17/2020 | Ï 114 | OPPOSITION/RESPONSE (re 110 MOTION to Strike *and Dismiss First Amended Complaint)* filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Cangiano, Christian) (Filed on 8/17/2020) Modified on 8/18/2020 (slhS, COURT STAFF). (Entered: 08/17/2020) |
| 08/17/2020 | Ï 115 | DECLARATION of Steven A. Sugarman in Opposition to 110 MOTION to Strike *and Dismiss* filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 11, # 10 Exhibit 12)(Related document(s) 110 ) (Cangiano, Christian) (Filed on 8/17/2020) (Entered: 08/17/2020) |
| 08/17/2020 | Ï 116 | DECLARATION of Christian V. Cangiano in Opposition to 110 MOTION to Strike *and Dismiss* filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14, # 3 Exhibit 15, # 4 Exhibit 16, # 5 Exhibit 17, # 6 Exhibit 18)(Related document(s) 110 ) (Cangiano, Christian) (Filed on 8/17/2020) (Entered: 08/17/2020) |
| 08/17/2020 | Ï 117 | OPPOSITION/RESPONSE (re 113 MOTION for Sanctions *against Anderson Kill L.L.P.)* filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Declaration, # 2 Exhibit A)(Deutsch, Jeremy) (Filed on 8/17/2020) Modified on 8/18/2020 (slhS, COURT STAFF). (Entered: 08/17/2020) |
| 08/17/2020 | Ï 118 | DECLARATION of Jeremey E. Deutsch in Opposition to 113 MOTION for Sanctions filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit A)(Related document(s) 113 ) (Deutsch, Jeremy) (Filed on 8/17/2020) (Entered: 08/17/2020) |
| 08/17/2020 | Ï 119 | DECLARATION of Steven A. Sugarman in Opposition to 113 MOTION for Sanctions filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Related document(s) 113 ) (Deutsch, Jeremy) (Filed on 8/17/2020) (Entered: 08/17/2020) |
| 08/17/2020 | Ï 120 | DECLARATION of Christian V. Cangiano in Opposition to 113 MOTION for Sanctions filed byCor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Related document(s) 113 ) (Cangiano, Christian) (Filed on 8/17/2020) (Entered: 08/17/2020) |
| 09/08/2020 | Ï 121 | REPLY (re 110 MOTION to Strike *and Dismiss* ) filed byCarson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Attachments: # 1 Declaration of Ambika K. Doran, # 2 Exhibit A)(Doran, Ambika) (Filed on 9/8/2020) (Entered: 09/08/2020) |
| 09/08/2020 | Ï 122 | REPLY (re 113 MOTION for Sanctions ) filed byCarson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Attachments: # 1 Declaration of David F. Standa, # 2 Exhibit A)(Doran, Ambika) (Filed on 9/8/2020) (Entered: 09/08/2020) |

| 09/11/2020 | 123 | Joint MOTION to Transfer Case filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, James Gibson, Rosemary Norris Hall, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. Motion Hearing set for 10/16/2020 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 9/25/2020. Replies due by 10/2/2020. (Attachments: # 1 Declaration of Ambika K. Doran, # 2 Declaration of Jason Galanis, # 3 Proposed Order)(Doran, Ambika) (Filed on 9/11/2020) (Entered: 09/11/2020) |
| --- | --- | --- |
| 09/14/2020 | 124 | OBJECTIONS to re 122 Reply to Opposition/Response, 113 MOTION for Sanctions by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 9/14/2020) (Entered: 09/14/2020) |
| 09/14/2020 | 125 | Joint MOTION to Continue *and Consolidate Hearings on Pending Motions* filed by Carson Block, Castalian Partners Value Fund, LP, Castalian Partners, LLC, Adam J. Denno, Keith Allen Dilling, Jason Galanis, James Gibson, Rosemary Norris Hall, Ryan Kealy, MLAF LP, MWCP LLC, David Q. Matthews, Gary Robert Matthews, Kalyn Matthews Denno, Muddy Waters Capital LLC, Muddy Waters Research LLC, QKM, LLC. (Attachments: # 1 Declaration of Ambika Doran, # 2 Proposed Order)(Doran, Ambika) (Filed on 9/14/2020) (Entered: 09/14/2020) |
| 09/17/2020 | 126 | OPPOSITION/RESPONSE (re 125 Joint MOTION to Continue *and Consolidate Hearings on Pending Motions* ) filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 9/17/2020) (Entered: 09/17/2020) |
| 09/17/2020 | 127 | CLERK'S NOTICE – NOVEMBER 20, 2020 INITIAL CASE MANAGEMENT CONFERENCE WILL BE HELD TELEPHONICALLY. The Court will initiate the call. Counsel participating in the conference call are directed to email their name and direct phone number to: mmccrd@cand.uscourts.gov. Due to multiple hearings, counsel are directed to be on telephone stand−by from 10:30 AM until called by the Court. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (tlS, COURT STAFF) (Filed on 9/17/2020) (Entered: 09/17/2020) |
| 09/21/2020 | 128 | **ORDER RE: DEFENDANTS' MOTION TO CONTINUE AND CONSOLIDATE HEARINGS; VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND FOR SANCTIONS; AFFORDING PLAINTIFFS LEAVE TO FILE SURREPLY.** The Court vacates the October 2, 2020 hearing on defendants' motions to dismiss and for sanctions; the hearing will be reset, as appropriate, following the Court's resolution of the motion to transfer. Plaintiffs are hereby afforded leave to file, no later than October 2, 2020, a surreply to defendants' reply in support of their motion for sanctions. Signed by Judge Maxine M. Chesney on September 21, 2020. (mmclc1, COURT STAFF) (Filed on 9/21/2020) (Entered: 09/21/2020) |
| 09/25/2020 | 129 | OPPOSITION/RESPONSE (re 123 Joint MOTION to Transfer Case ) filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 9/25/2020) (Entered: 09/25/2020) |
| 09/25/2020 | 130 | DECLARATION of Jeremey E. Deutsch in Opposition to 123 Joint MOTION to Transfer Case filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Attachments: # 1 Exhibit 1)(Related document(s) 123 ) (Deutsch, Jeremy) (Filed on 9/25/2020) (Entered: 09/25/2020) |
| 10/01/2020 | 131 | REPLY (re 113 MOTION for Sanctions ) *Sur−Reply* filed by Cor Advisors, LLC, Cor Capital, LLC, Steven A. Sugarman. (Deutsch, Jeremy) (Filed on 10/1/2020) (Entered: 10/01/2020) |
| 10/02/2020 | 132 | REPLY (re 123 Joint MOTION to Transfer Case ) filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Attachments: # 1 Declaration of Ambika K. Doran iso Reply iso Motion to Transfer, # 2 Exhibit A)(Doran, Ambika) (Filed on 10/2/2020) (Entered: 10/02/2020) |

| 10/07/2020 | 133 | CLERK'S NOTICE RE: OCTOBER 16, 2020 – MOTION HEARING,. Motion Hearing set for 10/16/2020 09:00 AM before Judge Maxine M. Chesney. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/mmc<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoc onference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>, Set/Reset Deadlines as to 123 Joint MOTION to Transfer Case . Motion Hearing set for 10/16/2020 09:00 AM before Judge Maxine M. Chesney. *(This is a text –only entry generated by the court. There is no document associated with this entry.)* (tlS, COURT STAFF) (Filed on 10/7/2020) (Entered: 10/07/2020) |
| --- | --- | --- |
| 10/09/2020 | 134 | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE.** Signed by Judge Maxine M. Chesney on October 9, 2020. (mmclc1, COURT STAFF) (Filed on 10/9/2020) (Entered: 10/09/2020) |
| 10/29/2020 | 135 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Deutsch, Jeremy) (Filed on 10/29/2020) (Entered: 10/29/2020) |
| 11/03/2020 | 136 | STIPULATION WITH PROPOSED ORDER *STAYING CASE MANAGEMENT CONFERENCE* filed by Carson Block, MLAF LP, MWCP LLC, Muddy Waters Capital LLC, Muddy Waters Research LLC. (Doran, Ambika) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| 11/04/2020 | 137 | **ORDER STAYING CASE MANAGEMENT CONFERENCE.** The Case Management Conference, presently scheduled for November 20, 2020, and all related deadlines, including the filing of the joint case management report, are stayed pending resolution of the motion to strike and dismiss and the motion to transfer, and such dates will be reset by the Court thereafter. Signed by Judge Maxine M. Chesney on November 4, 2020. (mmclc1, COURT STAFF) (Filed on 11/4/2020) (Entered: 11/04/2020) |
| 02/16/2021 | 138 | **ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE.** The above–titled action is ordered transferred to the United States District Court for the Central District of California. Signed by Judge Maxine M. Chesney on February 16, 2021. (mmclc1, COURT STAFF) (Filed on 2/16/2021) (Entered: 02/16/2021) |