**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. SUGARMAN, COR CAPITAL, LLC, COR ADVISORS, LLC, <br><br>    Plaintiffs, <br><br>    vs. <br><br> MUDDY WATERS CAPITAL, LLC, JASON GALANIS, CASTALIAN PARTNERS, LLC, CARSON BLOCK, JAMES GIBSON, DAVID Q. MATTHEWS, GARY ROBERT MATTHEWS, KALYN MATTHEWS DENNO, ADAM J. DENNO, KEITH ALLEN DILLING, ROSEMARY NORRIS HALL, RYAN KEALY, NIKOLAI BJORKEDAL, CASTALIAN PARTNERS VALUE FUND, LP, QKM, LLC, MUDDY WATERS RESEARCH LLC, MLAF LP, MWCP LLC, JOHN DOES 1-30, <br><br>    Defendants. | Case No. CV 21-1453-DMG (DFMx) <br><br> **JUDGMENT** |

|   |   |
|---|---|
| 1 | Pursuant to the Court's Order granting in part and denying in part Defendants' |
| 2 | Motion to Dismiss, and in light of Plaintiffs' Notice of Intention Not to Replead Civil RICO |
| 3 | Claims, |
| 4 | IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action |
| 5 | is DISMISSED in its entirety.  Judgment is hereby entered in favor of Defendants and |
| 6 | against Plaintiffs on Plaintiffs' federal RICO claims, which are DISMISSED WITH |
| 7 | PREJUDICE.  Plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE. |
| 10 | DATED: September 30, 2021 |
| 11 | |
| 12 | DOLLY M. GEE<br>UNITED STATES DISTRICT JUDGE |